FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 0 1 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-16-01318-PHX-DLR(JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 1111 (CIR-Second Degree Murder) Count 1 |
| Deven Ray Brown, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about August 25, 2016, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, DEVEN RAY BROWN, an Indian, did unlawfully kill E.B.J., with malice aforethought.

In violation of Title 18, United States Code, Sections 1153 and 1111.

A TRUE BILL

s/

_____
FOREPERSON OF THE GRAND JURY
Date:  November 1, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/

_____
RAYNETTE M. LOGAN
Assistant U.S. Attorney